**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Tre'Vaughn Ziontae Jackson, Appellant.

Appellate Case No. 2014-001914

───────────────

Appeal From Sumter County
W. Jeffrey Young, Circuit Court Judge

───────────────

Unpublished Opinion No. 2016-UP-116
Submitted January 1, 2016 – Filed March 2, 2016

───────────────

**APPEAL DISMISSED**

───────────────

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Interim Senior Assistant Deputy Attorney General John Benjamin Aplin, all of Columbia; and Solicitor Ernest Adolphus Finney, III, of Sumter, for Respondent.

───────────────

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.